Afshin Bahrampour, PRO SE

Name Stein Building

6161 W. Charleston Blvd.

Las Vegas, NV 89146

FILED ___ ENTERED
LOGGED ___ RECEIVED

JUL 27 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY ___ DEPUTY

## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

Afshin Bahrampour

Plaintiff,

vs.

(1) Digital Reciever Technologies INC. (D.R.T. INC)

(2) Boeing Corporation, (3) State of Nevada (4) State of maryland

(5) Defense Information Systems Agency (D.I.S.A.).

DEFENDANTS.

**PX 18 CV 2308**

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983** & BIVENS
JURY TRIAL DEMANDED ACTION

### A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, Afshin Bahrampour,
(Print Plaintiff's name)

who presently resides at 6161 W. Charleston, were

violated by the actions of the below named individuals which were directed against

Plaintiff at Las Vegas, Nevada on the following dates
(institution/city where violation occurred)

2012 thru 2013 , 2014 thru 2015 , and 2016, 2017 and
(Count I)           (Count II)           (Count III) thru
                                                     present
                                                     7-19-2018.

Revised 10-7-16

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant __DRT INC.__ resides at __12409 Milestone Center Drive__
(full name of first defendant)                                    (address if first defendant) Germentown,
and is employed as __Manufactorer__ . This defendant is sued in his/her MD
(defendant's position and title, if any)                                    20876
__X__ individual ____ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: __AS co-conspirators with law enforcement__
__to violate my civil rights under color of law.__

3) Defendant __Boeing Corp.__ resides at __Seattle, washington__,
(full name of first defendant)                                    (address if first defendant)
and is employed as __Aerospace manufactorer__. This defendant is sued in his/her
(defendant's position and title, if any)
__X__ individual ____ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: __AS co-conspirators with U.S. law enforce-__
__ment to violate my civil rights under color of law.__
4) Defendant __Defense Information Systems Agency__ resides at __The Pentagon__
(full name of first defendant)                                    (address if first defendant) washington D.C.
and is ~~employed as~~ __Executive branch__ . This defendant is sued in his/her
(defendant's position and title, if any)
__X__ individual __X__ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: __violated my civil rights with__
__D.O.D. ~~Directive~~ 5240.1-R "EMF experiments" through__
__GPS from 2012 through 7-19-2018.__
5) Defendant __State of Nevada__ resides at __Carson city, Nevada__,
(full name of first defendant)                                    (address if first defendant)
and is ~~employed as~~ __A State__ . This defendant is sued in his/her
(defendant's position and title, if any)
____ individual __X__ official capacity. (Check one or both). Explain how this defendant was
acting (And State of maryland)-official capacity-have
under color of law: __violation of my constitut'nal rights__
through willful course of conduct meant to
harass me And systematic Dehumanization
For personal or ~~pos~~ political gain in
violation of Geneva Convention.

6) Defendant _____ resides at _____,
(full name of first defendant)        (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
(defendant's position and title, if any)
___ individual ____ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

(0) Restatement (third), Note 33, section 702, cmt. G.

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below. Diversity Jurisdiction"

(1) — US Code 42, section 1985, the "Klu Klux Klan Act"
(2) — Convention on the Prevention And Punishment of the Crime of Genocide subsection (b)
(3) — Convention Against torture Art 16(1)
(4) — Article 7 of Crimes Against Humanity (e) and (f).

**B. NATURE OF THE CASE**

1) Briefly state the background of your case. "Severe deprivations of Liberty" by Defendants technologies are used in conjunction with 2G, 3G and 4G Technologies as follows (Directed Energy And Non-ionizing Radiation "EMF experiments".

| | |
|---|---|
| GSM | WCDMA |
| CDMA-2000 | TD-SCDMA |
| EV-DO | LTE-FDD |
| UMTS | LTE-TDD And PST |

for systematic harassment & invasion of the Privacy of home with the following U.S. Patents, patent # 3,951,134 "Apperatus for Nueral Remote Monitoring", 6,470,214 "Radio Frequency Hearing effect" And 6,587,729 "Voice-to-Skull weapon" For

**C. CAUSE OF ACTION**

"Electronic Stalking" on me in a willful course of conduct since 2012 through 7-19-2018 Repeatedly to cause "harassment" to me which employed "GPS" And continued unconsented contact made Emotional Distress And caused Biological malfunction/Injury

C. CAUSE OF ACTION

**COUNT I**

The following civil rights has been violated: "Autonomy interests" of Constitutional Privacy to be free from unwanted and unwarranted governmental intrusions.

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Constitutional privacy embraces the right of the individual not to have certain private information gathered, preserved, or disseminated by the government. The First, Third, Fourth and fifth Amendments of U.S. constitution all contain some privacy components. The Fifth Amendment, by prohibiting compulsory self-incrimination and thereby guaranteeing the right to silence, PROTECTS THE privacy on ones thoughts. IN GRISwold V. connecticut, 381 U.S. 479 (1965) "Zones of privacy" are recognized As A legitimate right of privacy. The defendants have co-conspired with FBI fusion centers And the American Intelligence community, through the use of Defendants Technologies, AND U.S. patents # 3951134, # 6,587,729 and # 6,470,214 to violate private American citizens privacy rights with "Electronic surviellance" And non-invasive "Nueral mapping" under Dept. of Defense Directive 5240.1-R "EMF experiments" on myself in Clark county, without my consent for 6 continious years via GPS.

## COUNT II

The following civil rights has been violated: The fourteenth Amendments Conception of personal liberty and Restrictions upon state Action And the Ninth Amendments Reservation of rights to the people—or Right to privacy.

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

IN Roe v. Wade, 410 U.S. 113 (1973) The court analyzed A Right to privacy And while it declined to articulate the exact source of A Right to privacy, the court concluded that such A Right was protectable via the Fourteenth Amendments Due process clause. In Whalen v. Roe, 429 U.S. 589 (1977) the supreme court squarely faced the question of whether the constitutional right to privacy encompasses the collection, storage, and dissemination of information in government databases. Also, this was first case to acknowledge the Right to privacy in the Constitution consists of two branches: informational privacy and privacy—Autonomy. The court clearly stated:

"We are not unaware of the threat to privacy implicit in the accumulation of vast amounts of personal information in computerized data banks or other massive government files."

Whalen is A major example of judicial Recognition that constitutional protection for limiting government Access to information about individuals is not confined to the Fourth Amendment.

## COUNT III

The following civil rights has been violated: non-physically invasive eaves dropping (electronic eavesdropping) accomplished by the government - Therefore violations of the FOURTH AMENDMENT.

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

IN KATZ v. United States, 389 U.S. 347 (1967) The court explained both Katz and the Federal government placed far too much emphasis on the question of exactly which types of physical Locations are the sort that should be protected against searches:

"The Fourth Amendment protects people, NOT places. What a person Knowingly exposes to the public, even in his home or office, is not a subject of Fourth Amendment protection. BUT WHAT HE SEEKS TO PRESERVE AS private, EVEN IN AN AREA ACCESSIBLE TO THE PUBLIC, MAY be constitutionally protected". Thus, Besides "NUeRal Networks" Being TRADE SECRETS Hence GPS NUeRal mapping of "Evoked Potentials" may be protected.

Against Electronic Interference And Electronic Eavesdropping via U.S. patents.

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ____ Yes (X No.) If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

outline).

a)    Defendants: _____

b)    Name of court and docket number: _____

c)    Disposition (for example, was the case dismissed , appealed or is it still pending?):

_____

d)    Issues raised: _____

_____

_____

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

2)    Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes __X__ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)    Defendants: _____.

b)    Name of court and case number: _____.

c)    The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)    Issues raised: _____

_____

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)    Defendants: _____.

b)    Name of court and case number: _____.

c)   The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)   Issues raised: _____

_____

e)   Approximate date it was filed: _____

f)   Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)   Defendants: _____.

b)   Name of court and case number: _____.

c)   The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)   Issues raised: _____

_____

e)   Approximate date it was filed: _____

f)   Approximate date of disposition: _____

3)   Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? _X_ Yes ___ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) ___ state or federal court decision; (3) ___ state or federal law or regulation; (4) ___ parole board decision; or (5) ___ other _____.

If your answer is "Yes", provide the following information. Grievance Number _____.

Date and institution where grievance was filed _____.

Response to grievance: _No Action taken by defendants After several attempts to resolve dispute Formally to the U.S. government Inspector Generals' offices And white House And to ORT INC. the company directly myself by phone And through the U.S. mail._

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief: Compensatory damages & Punitive damages

And Also under Foreign Intelligence Survellance Act, I am entitled to $100 A day for "illegal survellance" And

① Compensatory damages
② Punitive Damages And
③ Attorneys fees

Also seeking Equitable Relief And Damages of $10,000,000 ⁰⁰ (ten million Dollars) under TORT law & BIVENS ACTION.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(Name of Person who prepared or helped prepare this complaint if not Plaintiff)

_____
(Signature of Plaintiff)

7-19-2018
(Date)

- - - - - - - - - - - - - - - - - - - - - - - - - - -

(Additional space if needed; identify what is being continued)

my name And Address is As follows.

Afshin Bahrampour, PRO SR
Stien Building
6161 W. Charleston Blvd,
Las Vegas, NV 89146